No. 14,489.

PEOPLE EX REL. SCHRIBNER *v.* CALDWELL ET AL.
(85 P. [2d] 1120)

Decided December 12, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. JOSEPH L. PETERSON, for plaintiff in error.

Messrs. LANGDON & BARBRICK, for defendants in error.